DB
F.# 2023R00465

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SHACHAR BIVAS,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 23-319

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney David I. Berman, for an order unsealing the the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter be unsealed in its entirety.

Dated:   Brooklyn, New York
         August 7, 2023

                                      *Taryn A. Merkl*
                              HONORABLE TARYN A. MERKL
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK